Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

COURTNEY L. CASON,

              Defendant.

No. 2:24-cr-00038-RAJ

ORDER

THE COURT, having considered Defendant Courtney L. Cason's Unopposed Motion to Continue Trial, and the underlying record in this matter, FINDS as follows:

1. The co-defendants in this case moved and were granted a new trial date of March 31, 2025.  This defendant moves for additional time to review discovery and to continue her trial to the date of her co-defendants' trial date.  Defense counsel needs additional time to review voluminous discovery to both effectively prepare for trial and participate in the trial of this matter, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. For the reasons discussed above, the failure to grant a continuance under these circumstances would likely to result in a miscarriage of justice as provided in 18 U.S.C. § 3161(h)(7)(B)(I).

3. For all of these reasons, the ends of justice served by granting a trial continuance outweigh the best interests of the public and the defendant in a speedier trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

    4.  The Court has also considered that the government does not oppose defendant's motion, that the defendant agrees with the continuance, and has filed a waiver of her right to speedy trial, agreeing to waive that right through April 15, 2025.

    IT IS THEREFORE ORDERED that the unopposed motion (Dkt. 40) is GRANTED.  The trial date in this matter is continued to March 31, 2025.

    IT IS ORDERED that all pretrial motions, including motions in limine, shall be filed no later than February 11, 2025.

    IT IS FURTHER ORDERED that the period of time from the date of this order, up to and including the new trial date of March 31, 2025, shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

    DATED this 5th day of August, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2