Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY L. CASON,

Defendant.

No. 2:24-cr-00038-RAJ

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO EXTEND
REPORT DATE

THIS MATTER comes before the court on Defendant Courtney L. Cason's
Unopposed Motion to Extend Report Date (Dkt. 122).  Having considered the
Motion, and the files and pleadings herein,

IT IS ORDERED that Defendant's Unopposed Motion to Extend Report Date
is GRANTED.  Defendant Courtney L. Cason shall report to the Bureau of Prisons
to begin serving her custodial sentence no later than August 22, 2025.

DATED this 6th day of August, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1